IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG,**<br><br>　　**Plaintiffs,**<br>v.<br><br>**KEN PAXTON, in his Official Capacity as Attorney General; Susan R. Deski, in her Official Capacity as County Attorney of Burleson County, Texas, and on behalf of a class of all County Attorneys similarly situated; and Julie Renken, in her Official Capacity of District Attorney for Washington County, Texas, Wiley B. "Sonny" McAfee, in his Official Capacity of District Attorney for Blanco, Burnet, Llano, and San Saba Counties, Texas, Jose Garza in his Official Capacity of District Attorney for Travis County, Texas, and Fred H. Weber, in his Official Capacity of District Attorney for Caldwell County, and on behalf of a class of all Texas District Attorneys similarly situated,**<br><br>　　**Defendants.** | **Civil Case No. 1:22-cv-00859** |

**APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY
RESTRAINING ORDER AND PRELIMINARY INJUNCTION**

　　Plaintiffs now file their Appendix in Support of their Motion for Temporary Restraining Order and Preliminary Injunction. Plaintiffs' Appendix contains the following documents:

| Exhibit A | Trigger Ban Statutory Text |
|---|---|

| Exhibit B | Pre-*Roe* Abortion Statutes |
|---|---|
| Exhibit C | Declaration of Anna Rupani |
| Exhibit D | Declaration of Kamyon Conner |
| Exhibit E | Declaration of Neesha Davé |
| Exhibit F | Declaration of Zaena Zamora |
| Exhibit G | Declaration of Marsha Jones |
| Exhibit H | Declaration of Rachel Cheek |
| Exhibit I | Declaration of Rosann Mariappuram |
| Exhibit J | Declaration of Bridget Schilling |
| Exhibit K | Declaration of Ghazaleh Moayedi |
| Exhibit L | AG Paxton's Post-*Roe* Advisory Letter |
| Exhibit M | AG Paxton's 6.28.2022 Tweet |
| Exhibit N | Representative Cain's 3.18.2022 Letter to Lilith Fund |
| Exhibit O | Representative Cain's 6.28.2022 Tweet |
| Exhibit P | Representative Cain's First 6.29.2022 Tweet |
| Exhibit Q | Representative Cain's Second 6.29.2022 Tweet |
| Exhibit R | Representative Cain's 6.24.2022 Tweet |
| Exhibit S | Freedom Caucus Letter to Sidley Austin |
| Exhibit T | Representative Cain's Press Release and Letter to Citigroup |
| Exhibit U | Rule 202 Petitions Seeking SB8 Discovery |
| Exhibit V | Sections 1.04 and 7.02 of the Texas Penal Code |
| Exhibit W | SB8 Enacted Text |
| Exhibit X | Declaration of Elizabeth Myers |

Dated: August 23, 2022	Respectfully submitted,

By: */s/ Jennifer R. Ecklund*
	Jennifer R. Ecklund
	Texas Bar No. 24045626
	jecklund@thompsoncoburn.com

	Elizabeth G. Myers
	Texas Bar No. 24047767
	emyers@thompsoncoburn.com

	Allyn Jaqua Lowell
	Texas Bar No. 24064143
	alowell@thompsoncoburn.com

	John Atkins
	Texas Bar No. 24097326
	jatkins@thompsoncoburn.com

	Elizabeth Rocha
	Texas Bar No. 24127242
	erocha@thompsoncoburn.com

	**THOMPSON COBURN LLP**
	2100 Ross Avenue, Suite 3200
	Dallas, Texas 75201
	Telephone: 972/629-7100
	Facsimile: 972/629-7171


	Alexandra Wilson Albright
	Texas Bar No. 21723500
	aalbright@adjtlaw.com

	Marcy Hogan Greer
	Texas Bar No. 08417560
	mgreer@adjtlaw.com

	515 Congress Ave., Suite 2350
	Austin, TX 78701-3562
	Telephone: 512/482-9300

Facsimile: 512/482-9303

Kevin Dubose
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

Kirsten M. Castañeda
Texas Bar No. 00792401
kcastaneda@adjtlaw.com
8144 Walnut Hill Lane, Suite 1000
Dallas, TX 75231-4388
Telephone: 214/369-2358
Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that this document was filed electronically on August 23, 2022, with the clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

/s/ *Jennifer R. Ecklund*
Jennifer R. Ecklund