# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG,**<br><br>　　Plaintiffs,<br>v.<br><br>**Ken Paxton, et al.,**<br><br>　　Defendants. | **Civil Case No. 1:22-cv-00859-RP** |

## STIPULATION OF SERVICE REGARDING DEFENDANT JOSÉ GARZA

COME NOW Plaintiffs and Defendant José Garza and respectfully submit this stipulation that Defendant's counsel accepted service of the Summons and Complaint in this case on behalf of Defendant Garza.

The parties further stipulate that: (1) Defendant Garza has been properly served; and (2) service was effective August 26, 2022.

Respectfully submitted,

| | |
|---|---|
| Thompson Coburn LLP | Travis County Attorney's Office |
| By: /s/ *Elizabeth G. Myers* | By: /s/ *Leslie W. Dippel* |
| Elizabeth G. Myers | Leslie W. Dippel |
| (*pro hac vice* motion pending) | Texas Bar No. 796472 |
| Texas Bar No. 24047767 | Travis County Attorney's Office |
| 2100 Ross Avenue, Suite 3200 | P.O. Box 1748 |
| Dallas, Texas 75201 | Austin, Texas 78767 |
| (972) 629-7100 | (512) 854-9513 |
| (972) 629-7171 (fax) | (512)854-4808 (fax) |
| emyers@thompsoncoburn.com | leslie.dippel@traviscountytx.gov |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant José Garza* |

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing Stipulation was filed electronically with the Court using the ECF system which sent notification to all parties of record on August 26, 2022.

/s/ *Elizabeth G. Myers*
Elizabeth G. Myers