IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG,<br><br>Plaintiffs,<br>vs.<br><br>KEN PAXTON, in his Official Capacity as Attorney General; et al.,<br><br>Defendants. | § § § § § § § § § § § § § § § § § | **CASE NO. 1:22-cv-00859-RP** |

**ORDER**

Before the Court is Plaintiffs' Notice of Conference on Expedited Briefing Schedule and Request for Preliminary Injunction Hearing [ECF No. 22], filed on September 8, 2022. The Court determines that the Expedited Briefing Schedule set forth therein and agreed upon by the parties is appropriate and that a hearing on Plaintiffs' Preliminary Injunction should be set.

It is therefore **ORDERED** that:

a. All Defendants must respond to Plaintiffs' Motion for Preliminary Injunction on or before **September 19, 2022**;

b. Plaintiffs must file their reply to the forthcoming responses filed by the Defendants on or before **September 26, 2022**.

SIGNED this 8th day of September, 2022.

_____
HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT JUDGE