UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, Ghazaleh Moayedi | § § § § § § § CIVIL NO: AU:22-CV-00859-RP |

vs.

Ken Paxton, Susan R. Deski, Julie Renken, Wiley B. McAfee, Jose Garza, Fred H. Weber

## ORDER SETTING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **PRELIMINARY INJUNCTION HEARING** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Tuesday, September 27, 2022 at 10:30 AM**. All parties and counsel must appear at this hearing.

IT IS SO ORDERED this 12th day of September, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE