# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG,<br><br>    Plaintiffs,<br>vs.<br><br>KEN PAXTON, in his Official Capacity as Attorney General; et al.,<br><br>    Defendants. | CASE NO. 1:22-cv-00859-RP |

## PLAINTIFFS FUND TEXAS CHOICE AND DR. MOAYEDI'S MOTION TO APPEAR VIRTUALLY AT PRELIMINARY INJUNCTION HEARING

Plaintiffs Fund Texas Choice and Dr. Ghazaleh Moayedi, DO, MPH, FACOG file this Motion to Appear Virtually at Preliminary Injunction Hearing and respectfully state as follows:

1. The Court has set a Preliminary Injunction Hearing in this matter for September 27, 2022 in Courtroom 4 of the United States Courthouse in Austin, Texas. [Dkt. 24]. The Court ordered that "[a]ll parties and counsel must appear at this hearing." *Id*.

2. Plaintiff Fund Texas Choice's Executive Director, Anna Rupani, is scheduled for surgery on September 28, 2022 and is medically unable to travel from Dallas, where she resides, to Austin, Texas on September 27 for the hearing. She can, however, appear for the entirety of the hearing via remote/virtual means.

3. Plaintiff Dr. Ghazaleh Moayedi, DO, MPH, FACOG is scheduled to deliver a series of lectures in San Francisco, CA on September 26 and 27, 2022. Dr. Moayedi has ceased providing abortion-related medical services in Texas because of Texas' newly implemented abortion bans,

and her medical practice's income has suffered consequently. Thus, Dr. Moayedi needs to fulfill her obligations as a paid lecturer to support her family financially. Dr. Moayedi will be available on September 27, except between 11am and 12:30pm CST and after 6:30pm CST, to appear for the hearing and testify if needed.

4. Pursuant to Rule 43(a) and (c), if Ms. Rupani and/or Dr. Moayedi need to testify in the hearing, they have shown above (Paragraphs 2 and 3) good cause in compelling circumstances to do so by contemporaneous transmission from a different location. FED.R.CIV.P. 43(a),(c).

WHEREFORE, Plaintiffs respectfully move this Court to allow Anna Rupani (on behalf of Plaintiff Texas Fund Choice) and Plaintiff Dr. Ghazaleh Moayedi, DO, MPH, FACOG to appear and testify (if the Court deems appropriate) via virtual/remote means at the September 27, 2022 Preliminary Injunction Hearing.

Dated: September 15, 2022

Respectfully submitted,

*s/ Jennifer R. Ecklund*
**Jennifer R. Ecklund**
Texas Bar No. 24045626
**Elizabeth G. Myers**
Texas Bar No. 24047767
**Allyn Jaqua Lowell**
Texas Bar No. 24064143
**John Atkins**
Texas Bar No. 24097326
**Elizabeth Rocha**
Texas Bar No. 24127242

**THOMPSON COBURN, LLP**
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (facsimile)
jecklund@thompsoncoburn.com
emyers@thompsoncoburn.com
alowell@thompsoncoburn.com

jatkins@thompsoncoburn.com
erocha@thompsoncoburn.com

Alexandra Wilson Albright
Texas Bar No. 21723500
aalbright@adjtlaw.com

Marcy Hogan Greer
Texas Bar No. 08417560
mgreer@adjtlaw.com
515 Congress Ave., Suite 2350
Austin, TX 78701-3562
Telephone: 512/482-9300
Facsimile: 512/482-9303

Kevin Dubose
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

Kirsten M. Castañeda
Texas Bar No. 00792401
kcastaneda@adjtlaw.com
8144 Walnut Hill Lane, Suite 1000
Dallas, TX 75231-4388
Telephone: 214/369-2358
Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

*Counsel for Plaintiffs*

## CERTIFICATE OF CONFERENCE

I conferred by email on September 14 and again on September 15, 2022 with the DA Defendants and County Attorney Defendants, and they do not oppose the relief sought herein. I twice emailed counsel for Defendant Attorney General regarding this motion but received no response, and therefore assume he opposes.

*s/ Elizabeth G. Myers*
Elizabeth G. Myers

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*s/ Jennifer R. Ecklund*
Jennifer R. Ecklund