IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § § § § | |
| *Plaintiffs*, | | |
| v. | § § § § § § § | Civil Action No. 1-22-CV-859-RP |
| KEN PAXTON, in his official capacity of Attorney General, et al. | | |
| *Defendants*. | | |

### KEN PAXTON'S NOTICE OF NON-OPPOSITION TO PLAINTIFFS' MOTION TO APPEAR VIRTUALLY

TO THE HONORABLE ROBERT PITMAN:

Defendant Attorney General Ken Paxton files this Notice of Non-Opposition to Plaintiffs' Motion to Appear Virtually at Preliminary Injunction Hearing. (Dkt. 25). After considering the Motion, Defendant Paxton has determined that he is unopposed to Anna Rupani and Dr. Ghazaleh Moayedi appearing virtually at the September 27, 2022 hearing on Plaintiffs' Motion for Preliminary Injunction.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

        **SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR ATTORNEY GENERAL KEN PAXTON**

### CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Assistant Attorney General