# United States District Court
# Western District of Texas
# Austin Division

| | | |
|---|---|---|
| Fund Texas Choice, *et al.*, | § | |
| | § | |
|     *Plaintiffs*, | § | |
| | § | |
| v. | § | No. 1-22-CV-859-RP |
| | § | |
| Ken Paxton, in his official capacity of Attorney General, *et al.* | § | |
| | § | |
| | § | |
|     *Defendants*. | § | |

## Defendant's Preliminary Injunction Hearing Witness List

TO THE HONORABLE ROBERT PITMAN:

Defendant Ken Paxton, in his official capacity as Attorney General of Texas hereby files this Preliminary Injunction Hearing Witness List.

1. Anna Rupani
2. Kamyon Conner
3. Neesha Dave
4. Zaena Zamora
5. Marsha Jones
6. Rachel Cheek
7. Rosann Mariappuram
8. Bridget Schilling
9. Ghazaleh Moayedi

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ William D. Wassdorf*
**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

**LEIF OLSON**
Special Counsel
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR ATTORNEY GENERAL KEN PAXTON**

## Certificate of Service

I hereby certify that on September 26, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Assistant Attorney General