### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, *et al.*, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **No. 1-22-CV-859-RP** |
| | § | |
| KEN PAXTON, in his official capacity | § | |
| of Attorney General, *et al.* | § | |
| | § | |
| *Defendants.* | § | |

### DEFENDANT'S EXHIBIT LIST

TO THE HONORABLE ROBERT PITMAN:

Defendant Ken Paxton, in his official capacity as Attorney General of Texas, hereby files

this Exhibit List for the hearing on Plaintiffs' Motion for Preliminary Injunction.

| Exhibit | Description |
|---|---|
| 1 | TEA Fund (@TEAFund), TWITTER (June 24, 2022, 10:49AM). |
| 2 | "Abortion nonprofits say Texas state Rep. Briscoe Cain defamed them in 'cease-and-desist' letter," TEXAS TRIBUNE (March 29, 2022), https://www.texastribune.org/2022/03/29/abortion-funds-defamation-briscoe-cain/. |
| 3 | TEA Fund (@TEAFund), TWITTER (Sept. 22, 2022, 11:57AM). |
| 4 | TEA Fund, https://www.northtexasgivingday.org/organization/Texas-Equal-Access-Fund-Tea-Fund. |
| 5 | The Afiya Center (@TheAfiyaCenter), TWITTER (Sept. 22, 2022, 9:15AM). |
| 6 | The Afiya Center, https://www.northtexasgivingday.org/organization/The-Afiya-Center. |
| 7 | TEAFund (@TEAFund), TWITTER (Sept. 22, 2022, 7:44AM). |

| 8 | TEA Fund – Communications and Development Associate, https://www.idealist.org/en/nonprofit-job/1e5558a0636e4acba2be676e935ad4a7-communications-and-development-associate-texas-equal-access-fund-dallas. |
|---|---|
| 9 | TEA Fund (@TEAFund), TWITTER (Sept. 19, 2022, 11:01AM). |
| 10 | TEA Fund (@TEAFund), TWITTER (Sept. 13, 2022, 4:20PM). |
| 11 | TEA Fund (@TEAFund), TWITTER (Sept. 9, 2022, 9:29AM). |
| 12 | TEA Fund Programs Associate job posting, https://www.idealist.org/en/nonprofit-job/e6550d618fe44c9ea9fd01cec1d03877-programs-associate-texas-equal-access-fund-dallas |
| 13 | TEA Fund (@TEAFund), TWITTER (Sept. 8, 2022, 12:56PM). |
| 14 | TEA Fund (@TEAFund), TWITTER (Sept. 1, 2022, 10:58AM). |
| 15 | Frontera Fund (@LaFronteraFund), TWITTER (Sept. 1, 2022, 10:58AM). |
| 16 | TEA Fund (@teafund), INSTAGRAM (Aug. 22, 2022). |
| 17 | TEA Fund (@teafund), INSTAGRAM (Sept. 2, 2022). |
| 18 | TEA Fund (@teafund), INSTAGRAM (Sept. 3, 2022). |
| 19 | TEA Fund (@teafund), INSTAGRAM (Sept. 7, 2022). |
| 20 | Lilith Fund (@lilithfund), INSTAGRAM (July 5, 2022). |
| 21 | TEA Fund (@teafund), TWITTER (Aug. 22, 2022, 4:28PM). |
| 22 | Jane's Due Process (@JanesDueProcess), TWITTER, Pinned Tweet. |
| 23 | Jane's Due Process (@JanesDueProcess), TWITTER (July 5, 2022, 11:06AM). |
| 24 | Jane's Due Process (@JanesDueProcess), TWITTER (July 13, 2022, 9:04AM). |
| 25 | TEA Fund (@teafund), TWITTER (Sept. 8, 2022, 5:00PM). |
| 26 | TEA Fund (@TEAFund), TWITTER (Aug. 18, 2022, 11:10AM). |
| 27 | Lilith Fund (@lilithfund), INSTAGRAM (Sept. 22, 2022). |
| 28 | Legislate This – Benefit for the Lilith Fund, https://www.eventbrite.com/e/legislate-this-benefit-for-the-lilith-fund-tickets-405391335397. |
| 29 | Lilith Fund – Hype Squad, https://www.lilithfund.org/hypesquad. |

| 30 | Frontera Fund (@fronterafundrgv), INSTAGRAM, (Aug. 10, 2022). |
|----|---------------------------------------------------------------|
| 31 | The Afiya Center, (@TheAfiyaCenter), TWITTER (Sept. 15, 2022, 5:27PM). |
| 32 | Fund Texas Choice, (@FundTexasChoice), TWITTER (Sept. 15, 2022, 10:47AM). |
| 33 | Fund Texas Choice, (@FundTexasChoice), TWITTER (Aug. 24, 2022, 11:12AM). |
| 34 | Fund Texas Choice, (@FundTexasChoice), TWITTER (Aug. 25, 2022, 12:32PM). |
| 35 | Frontera Fund, (@LaFronteraFund), TWITTER (Sept. 10, 2022, 10:11AM). |
| 36 | Frontera Fund, (@LaFronteraFund), TWITTER (Sept. 9, 2022, 3:25PM). |
| 37 | Frontera Fund, (@LaFronteraFund), TWITTER (Aug. 27, 2022, 3:26PM). |
| 38 | Frontera Fund, (@LaFronteraFund), TWITTER (Aug. 22, 2022, 4:28PM). |
| 39 | Lilith Fund, https://www.lilithfund.org/portfolio/need-help/. |
| 40 | Lilith Fund (@lilithfund), TWITTER (Sept. 1, 2022, 3:54PM). |
| 41 | Lilith Fund (@lilithfund), TWITTER (Aug. 7, 2022, 9:50AM). |
| 42 | Lilith Fund (@lilithfund), TWITTER (July 31, 2022, 9:32AM). |
| 43 | Ghazaleh Moayedi, (@dr_moayedi), TWITTER (June 27, 2022, 2:50PM). |
| 44 | Ghazaleh Moyaedi, (@dr_moayedi), TWITTER (June 27, 2022, 7:59AM). |
| 45 | Ghazaleh Moayedi, (@dr_moayedi), TWITTER (June 22, 2022, 7:34PM). |
| 46 | Ghazaleh Moayedi, (@dr_moayedi), TWITTER (Sept. 13, 2022, 9:32AM). |
| 47 | Jezebel, "Abortion Providers Would Like You to Please Stop Interviewing Anti-Abortion Propagandists," (Aug. 15, 2022), https://jezebel.com/abortion-providers-would-like-you-to-please-stop-interv-1849407091. |
| 48 | Rosann Mariappuram (@ReproRose), TWITTER (Aug. 10, 2022, 11:01AM). |
| 49 | Frontera Fund (@lafronterafund), TWITTER (Sept. 13, 2022, 1:25PM). |

Defendant also designates as potential exhibits any item on Plaintiff's exhibit list and reserves the right to use any other document not identified for the purposes of impeachment.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ William D. Wassdorf*
_____
**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

**LEIF OLSON**
Special Counsel
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**COUNSEL FOR ATTORNEY GENERAL
KEN PAXTON**

## Certificate of Service

I hereby certify that on September 26, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ William D. Wassdorf*
**WILLIAM D. WASSDORF**
Assistant Attorney General