IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG, <br><br> Plaintiffs, <br> vs. <br><br> KEN PAXTON, in his Official Capacity as Attorney General; et al., <br><br> Defendants. | § § § § § § § § § § § § § § § § § | **CASE NO. 1:22-cv-00859-RP** |

## PLAINTIFFS' WITNESS LIST FOR SEPTEMBER 27, 2022 HEARING

Pursuant to the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Court's instructions provided to the parties in this matter on September 22, 2022, Plaintiffs respectfully file their Witness List for September 27, 2022 Hearing ("Plaintiffs' Witness List"). In addition to the witnesses identified on Plaintiffs' Witness List, Plaintiffs also designate and incorporate by reference all witnesses disclosed on Defendants' Witness List.

**Plaintiffs' Witness List**

| WITNESS | DESCRIPTION |
|---|---|
| Anna Rupani | Plaintiff – Fund Texas Choice |
| Kamyon Conner | Plaintiff – North Texas Equal Access Fund |
| Neesha Davé | Plaintiff – Lilith Fund for Reproductive Equity |
| Zaena Zamora | Plaintiff – Frontera Fund |
| Marsha Jones | Plaintiff – The Afiya Center |
| Rachel Cheek | Plaintiff - The West Fund |
| Rosann Mariappuram | Plaintiff – Jane's Due Process |
| Bridget Schilling | Plaintiff – Clinic Access Support Network |
| Ghazaleh Moayedi | Plaintiff |
| Attorney General Ken Paxton | Defendant – Attorney General of Texas, in his official capacity |
| Attorney General Ken Paxton | Third Party Witness, in his personal capacity[1] |

---

[1] Plaintiffs intend to call General Paxton and have served him with Rule 45 Subpoenas in both his official capacity and his personal capacity because Defendant's counsel has taken the position that certain statements made by General Paxton are not admissible because they were made in his personal capacity, rather than in his official capacity.  Plaintiffs do not believe Defendant's position is correct, but in an abundance of caution, are designating General Paxton as a witness in both his personal and official capacities.

**Plaintiffs' Witness List**              - 2 -

Dated: September 26, 2022

Respectfully submitted,

By: /s/ *Jennifer R. Ecklund*
  Jennifer R. Ecklund
  Texas Bar No. 24045626
  jecklund@thompsoncoburn.com

  Elizabeth G. Myers
  Texas Bar No. 24047767
  emyers@thompsoncoburn.com

  Allyn Jaqua Lowell
  Texas Bar No. 24064143
  alowell@thompsoncoburn.com

  John Atkins
  Texas Bar No. 24097326
  jatkins@thompsoncoburn.com

  Elizabeth Rocha
  Texas Bar No. 24127242
  erocha@thompsoncoburn.com

  **THOMPSON COBURN LLP**
  2100 Ross Avenue, Suite 3200
  Dallas, Texas 75201
  Telephone: 972/629-7100
  Facsimile: 972/629-7171


  Alexandra Wilson Albright
  Texas Bar No. 21723500
  aalbright@adjtlaw.com

  Marcy Hogan Greer
  Texas Bar No. 08417560
  mgreer@adjtlaw.com

  515 Congress Ave., Suite 2350
  Austin, TX 78701-3562
  Telephone: 512/482-9300
  Facsimile: 512/482-9303
  Kevin Dubose
  Texas Bar No. 06150500
  kdubose@adjtlaw.com
  1844 Harvard Street

**Plaintiffs' Witness List**                    - 3 -

        Houston, TX 77008
        Telephone: 713/523-2358
        Facsimile: 713/522-4553

        Kirsten M. Castañeda
        Texas Bar No. 00792401
        kcastaneda@adjtlaw.com
        8144 Walnut Hill Lane, Suite 1000
        Dallas, TX 75231-4388
        Telephone: 214/369-2358
        Facsimile: 214/369-2359

        **ALEXANDER DUBOSE &**
        **JEFFERSON, LLP**

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I certify that this document was filed electronically on September 26, 2022, with the clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

        /s/ *Jennifer R. Ecklund*
        Jennifer R. Ecklund