UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FUND TEXAS CHOICE, et al., § | |
| § | |
| Plaintiffs, § | |
| v. § | 1:22-cv-859-RP |
| § | |
| KEN PAXTON, *in his official capacity of* § | |
| *Attorney General*, et al., § | |
| § | |
| Defendant, § | |

# ORDER

Defendant Ken Paxton, in his official capacity of Attorney General, filed a motion to dismiss Plaintiffs Fund Texas Choice, et al.'s complaint on September 19, 2022. (Mot. Dismiss, Dkt. 33). Plaintiffs' deadline to respond is today, October 3, 2022. Plaintiffs have also filed a motion for reconsideration of the Court's order granting Defendant Ken Paxton's motion to quash (Mot. Reconsideration, Dkt. 44). The Court is still considering Plaintiffs' motion, as well as the parties' agreed scheduling order. (Dkt. 79).

In light of the pendency of these motions, the Court will extend Plaintiffs' deadline to respond. Accordingly, **IT IS ORDERED** that Plaintiffs shall respond to Defendant's motion to dismiss on or before October 7, 2022.

**SIGNED** on October 3, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE