# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| **FUND TEXAS CHOICE**, *et al.*, | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | No. 1-22-CV-859-RP |
| **KEN PAXTON**, in his official capacity of Attorney General, *et al.* | § § § § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER GRANTING ATTORNEY GENERAL PAXTON'S MOTION TO STAY

On this day, the Court considered Attorney General Paxton's Motion to Stay. Having reviewed the Motion, any response, and the pleadings on file, the Court is of the opinion that the Motion should be, and is hereby, **GRANTED**.

It is, therefore, **ORDERED** that the Court's Order requiring the testimony of Attorney General Paxton, and the Parties' obligation to confer on the means by which the Attorney General's testimony will be taken, is hereby **STAYED**.

_____
Honorable Robert Pitman
United States District Judge