UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | No. 1-22-CV-859-RP |
| KEN PAXTON, in his official capacity of Attorney General, *et al.* | § § § | |
| Defendants. | § | |

## Certificate of Conference

Undersigned counsel hereby certifies that counsel for Attorney General Paxton conferred with Elizabeth Myers, counsel for Plaintiffs, on October 5, 2022 via email, who indicated Plaintiffs are opposed to the Attorney General's Motion to Stay (Dkt. #84).

Dated October 6, 2022.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

Respectfully submitted,

**CHRISTOPHER D. HILTON**
Chief, General Litigation Division

*/s/ Amy S. Hilton*
**AMY SNOW HILTON**
Assistant Attorney General
Texas Bar No. 24097834
Amy.Hilton@oag.texas.gov

**LEIF OLSON**
Special Counsel
Texas Bar No. 24032801
Leif.Olson@oag.texas.gov

**WILLIAM D. WASSDORF**
Assistant Attorney General
Texas Bar No. 24103022
Will.Wassdorf@oag.texas.gov

Office of the Attorney General of Texas
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548

**Counsel for Attorney General
Ken Paxton**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2022, a true and correct copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/Amy S. Hilton*