IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG,**<br><br>　　Plaintiffs,<br>v.<br><br>**KEN PAXTON, in his Official Capacity as Attorney General; Susan R. Deski, in her Official Capacity as County Attorney of Burleson County, Texas, and on behalf of a class of all County Attorneys similarly situated; and Julie Renken, in her Official Capacity of District Attorney for Washington County, Texas, Wiley B. "Sonny" McAfee, in his Official Capacity of District Attorney for Blanco, Burnet, Llano, and San Saba Counties, Texas, Jose Garza in his Official Capacity of District Attorney for Travis County, Texas, and Fred H. Weber, in his Official Capacity of District Attorney for Caldwell County, and on behalf of a class of all Texas District Attorneys similarly situated,**<br><br>　　Defendants. | **Civil Case No. 1:22-cv-00859** |

### APPENDIX IN SUPPORT OF FIRST AMENDED COMPLAINT

　Plaintiffs now file their Appendix in Support of their First Amended Complaint. Plaintiffs' Appendix contains the following documents:

| Exhibit A | Freedom Caucus Letter to Sidley Austin |
|---|---|
| Exhibit B | Courthouse News Service Article |

| Exhibit C | AG Paxton's Post-*Roe* Advisory Letter |
|---|---|
| Exhibit D | Press Release AG Celebrates End of Roe v. Wade |
| Exhibit E | AG Paxton's 6.28.2022 Tweet |
| Exhibit F | AG Paxton's 6.30.2022 Press Release Regarding Emergency Motion in Support of Pre-*Roe* Statutes |
| Exhibit G | AG Paxton's 7.2.2022 Tweet re: Effectiveness of Pre-*Roe* Statutes |
| Exhibit H | AG Paxton's 7.1.2022 Tweet re: Enforceability of Pre-*Roe* Statutes |
| Exhibit I | AG Paxton's Petition for Writ to Defend Pre-*Roe* Statutes in SCOTEX |
| Exhibit J | AG Paxton's Reply in Support of Petition for Writ to Defend Pre-*Roe* Statutes in SCOTEX |
| Exhibit K | Freedom Caucus Tweet re Rep. Cain Letter |
| Exhibit L | Updated Post-Roe Advisory |
| Exhibit M | Representative Cain's 3.18.2022 Letter to Lilith Fund |
| Exhibit N | Representative Cain's 6.28.2022 Tweet |
| Exhibit O | Representative Cain's First 6.29.2022 Tweet |
| Exhibit P | Representative Cain's Second 6.29.2022 Tweet |
| Exhibit Q | Representative Cain's 6.24.2022 Tweet linking Fortune magazine article |

Dated: October 11, 2022

Respectfully submitted,

By: */s/ Jennifer R. Ecklund*
    Jennifer R. Ecklund
    Texas Bar No. 24045626
    jecklund@thompsoncoburn.com

Elizabeth G. Myers
Texas Bar No. 24047767
emyers@thompsoncoburn.com

Allyn Jaqua Lowell
Texas Bar No. 24064143
alowell@thompsoncoburn.com

John Atkins
Texas Bar No. 24097326
jatkins@thompsoncoburn.com

Elizabeth Rocha
Texas Bar No. 24127242
erocha@thompsoncoburn.com

**THOMPSON COBURN LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Telephone: 972/629-7100
Facsimile: 972/629-7171


Alexandra Wilson Albright
Texas Bar No. 21723500
aalbright@adjtlaw.com

Marcy Hogan Greer
Texas Bar No. 08417560
mgreer@adjtlaw.com

515 Congress Ave., Suite 2350
Austin, TX 78701-3562
Telephone: 512/482-9300
Facsimile: 512/482-9303


Kevin Dubose
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

Kirsten M. Castañeda

                                  Texas Bar No. 00792401
                                  kcastaneda@adjtlaw.com
                                  8144 Walnut Hill Lane, Suite 1000
                                  Dallas, TX 75231-4388
                                  Telephone: 214/369-2358
                                  Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I certify that this document was filed electronically on October 11, 2022, with the clerk of the Court for the U.S. District Court, Western District of Texas, using the electronic case filing system of the court.

                                  /s/ *Jennifer R. Ecklund*
                                  Jennifer R. Ecklund