# United States Court of Appeals for the Fifth Circuit

FILED
November 15, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____JMV_____
DEPUTY

No. 22-50882
USDC No. 1:22-CV-859

In re Ken Paxton,

*Petitioner.*

### WRIT OF MANDAMUS

To the Honorable Robert Pitman, Judge of the United States District Court for the Western District of Texas:

The United States Court of Appeals for the Fifth Circuit granted the petition for writ of mandamus on November 14, 2022.

You are hereby ORDERED to vacate your court's order of October 4, 2022 and to grant Attorney General Paxton's motion to quash. Additionally, the Fifth Circuit's temporary stay of October 10, 2022, has been lifted.

Done this day, November 15, 2022.

LYLE W. CAYCE, CLERK
United States Court of Appeals
    for the Fifth Circuit
/s/ Lyle W. Cayce

ENTERED AT THE DIRECTION OF THE COURT