IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:22-CV-859-RP |
| | § | |
| KEN PAXTON, in his official capacity of Attorney General, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

On November 14, 2022, the Fifth Circuit granted Defendant Ken Paxton's ("Paxton") petition for a writ of mandamus. Pursuant to the Fifth Circuit's writ, **IT IS ORDERED** that the Court's order granting Plaintiff's motion for reconsideration, (Dkt. 83), is **VACATED**.

**IT IS FURTHER ORDERED** that Paxton's motion to quash, (Dkt. 44), is **GRANTED**.

**IT IS FINALLY ORDERED** that Paxton's motion to stay, (Dkt. 84), is **MOOT**.

**SIGNED** on November 18, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE