IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Fund Texas Choice, et al., <br><br> Plaintiffs, <br><br> v. <br><br> José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., <br><br> Defendants. | **Civil Case No. 1:22-cv-859-RP** |

**PLAINTIFFS' UPDATE REGARDING CONFERRAL WITH DEFENDANTS ON PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND JOIN PARTIES**

Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG ("**Plaintiffs**") now file this Update Regarding Conferral with Defendants on Plaintiffs' Motion for Leave to File Second Amended Complaint and Join Parties (the "**Motion for Leave**") [ECF 126].

When Plaintiffs filed their Motion for Leave, counsel for Defendant Garza had confirmed that her client had no position on the Motion for Leave. Counsel for Defendants Renken, Deski, McAfee, and Weber, however, had not yet had sufficient time to confer with his clients and determine their positions. Plaintiffs included that information in their certificate of conference and stated that they would update the Court once the position of those Defendants was confirmed. Counsel for Defendants Renken, Deski, McAfee, and Weber has now confirmed that those

Defendants also take no position on the Motion for Leave as there are no new claims or allegations asserted against these current Prosecutor Defendants.

Dated: April 17, 2023								Respectfully submitted,

                /s/ *Jennifer R. Ecklund*
**Jennifer R. Ecklund**
Texas Bar No. 24045626
jecklund@thompsoncoburn.com

**Elizabeth G. Myers**
Texas Bar No. 24047767
emyers@thompsoncoburn.com

**Allyn Jaqua Lowell**
Texas Bar No. 24064143
alowell@thompsoncoburn.com

**John Atkins**
Texas Bar No. 24097326
jatkins@thompsoncoburn.com

**Elizabeth Rocha**
Texas Bar No. 24127242
erocha@thompsoncoburn.com

THOMPSON COBURN, LLP
2100 Ross Avenue, Suite 3200
Dallas, TX 75201
(972) 629-7100
(972) 629-7171 (facsimile)

**Alexandra Wilson Albright**
Texas Bar No. 21723500
aalbright@adjtlaw.com

**Marcy Hogan Greer**
Texas Bar No. 08417560
mgreer@adjtlaw.com
515 Congress Ave., Suite 2350
Austin, TX 78701-3562
Telephone: 512/482-9300
Facsimile: 512/482-9303

- 3 -

**Kevin Dubose**
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

**Kirsten M. Castañeda**
Texas Bar No. 00792401
kcastaneda@adjtlaw.com
8144 Walnut Hill Lane, Suite 1000
Dallas, TX 75231-4388
Telephone: 214/369-2358
Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this April 17, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system.

*/s/ Jennifer R. Ecklund*
Jennifer R. Ecklund

- 3 -