AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., <br><br> *Plaintiff(s)* <br> v. <br> José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:22-cv-859-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Defendant Ori T. White is an individual sued in his official capacity as the District Attorney of Pecos County, Texas. He may be served at his office at 400 S. Nelson Street, Fort Stockton, TX 79735

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX 78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 04/25/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-cv-859-RP |
| José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Jacob Putman is an individual sued in his official capacity as the District Attorney of Smith County, Texas. He may be served at his office, at 100 N. Broadway Ave. #400, Tyler, TX 75702.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date:  04/25/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-859-RP |
| José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., | ) ) ) ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Ryan Sinclair is an individual sued in his official capacity as the District Attorney of Hood County, Texas. He may be served at his office at 1200 W. Pearl Street, Granbury, TX 76048.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*, PHILIP J. DEVLIN

Date: 04/25/2023

*Christina Cordero*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____                                              _____
                                                                  *Server's signature*

                                                                  _____
                                                                  *Printed name and title*

                                                                  _____
                                                                  *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the  
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al.,<br><br>*Plaintiff(s)*<br>v.<br>José Garza, in his official capacity as District Attorney of Travis County, Texas, et al.,<br><br>*Defendant(s)* | Civil Action No. 1:22-cv-859-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Richard E. Glaser is an individual sued in his official capacity as the District Attorney of Fannin County, Texas. He may be served at his office, at 800 E. 2nd Street, Bonham, TX 75418.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date:  04/25/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., )<br>)<br>)<br>)<br>*Plaintiff(s)* )<br>v. )<br>José Garza, in his official capacity as District Attorney )<br>of Travis County, Texas, et al., )<br>)<br>)<br>*Defendant(s)* ) | Civil Action No. 1:22-cv-859-RP |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Defendant Bill D. Hicks is an individual sued in his official capacity as the District Attorney of Hudspeth County, Texas and the District Attorney of El Paso County, Texas. He may be served at his office at 500 E. San Antonio Street, #201, El Paso, TX 79901.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT , PHILIP J. DEVLIN

Date:  04/25/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:22-cv-859-RP |
| José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Gocha Allen Ramirez is an individual sued in his official capacity as the District Attorney of Starr County, Texas. He may be served at his office, at 401 N. Britton Ave., Rio Grande City, TX 78582.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT , PHILIP J. DEVLIN

Date: 04/25/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., <br><br> *Plaintiff(s)* <br> v. <br> José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., <br><br> *Defendant(s)* | Civil Action No. 1:22-cv-859-RP |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant K. Sunshine Stanek is an individual sued in her official capacity as the District Attorney of Lubbock County, Texas. She may be served at her office at 904 Broadway Street, 2nd Floor, Lubbock, TX 79408.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT , PHILIP J. DEVLIN

Date:  04/25/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al., | ) |
| *Plaintiff(s)* | ) ) ) ) ) |
| v. | ) Civil Action No. 1:22-cv-859-RP |
| José Garza, in his official capacity as District Attorney of Travis County, Texas, et al., | ) ) ) ) ) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Defendant Toribio Palacios, 100 East Cano Street, Edinburg, TX 78539.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT , PHILIP J. DEVLIN*

Date: 04/25/2023



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

Plaintiffs Fund Texas Choice, et al.,

*Plaintiff(s)*

v.   Civil Action No. 1:22-cv-859-RP

José Garza, in his official capacity as District Attorney of Travis County, Texas, et al.,

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Defendant Joe Gonzales, 101 W. Nueva, Paul Elizondo, Tower Fourth Floor, San Antonio, TX 78205.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Elizabeth G. Myers, Jennifer R. Ecklund, Allyn Jaqua Lowell, John Atkins, Elizabeth Rocha of THOMPSON COBURN LLP, 2100 Ross Avenue, Suite 3200, Dallas, Texas 75201; Alexandra Wilson Albright, Marcy Hogan Greer, 515 Congress Avenue, Suite 2350, Austin, TX  78701-3562; Kevin Dubose, 1844 Harvard Street, Houston, TX 77008; Kristen M. Castaneda, 8144 Walnut Hill Lane, Suite 1000, Dallas, TX 75231-4388 of ALEXANDER DUBOSE & JEFFERSON, LLP.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT, PHILIP J. DEVLIN

Date: 04/25/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:22-cv-859-RP

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: