IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | 1:22-CV-859-RP |
| | § | |
| SUSAN R. DESKI, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER

The SB 8 Defendants' deadline to respond to Plaintiffs' Motion for Summary Judgment,

(Dkt. 209), is **ADMINISTRATIVELY STAYED** pending consideration of the motion to defer

consideration. (Dkt. 217).

**SIGNED** on September 25, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE