IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-859-RP |
| SUSAN R. DESKI, et al., | § § § | |
| Defendants. | § | |

**ORDER**

**IT IS ORDERED** that the magistrate judge assignment for this case is changed from United States Magistrate Judge Mark Lane to United States Magistrate Judge Susan Hightower.

**IT IS FURTHER ORDERED** that the pending discovery motions, (Dkts. 219, 224, 235, and 238), are **REFERRED** to United States Magistrate Judge Susan Hightower for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**SIGNED** on November 1, 2023.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE