IN THE UNITED STATES COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Plaintiffs Fund Texas Choice, et al,, § | |
| § | |
| Plaintiffs § | |
| § | |
| v. § | Civil Case No. l:22-cv-00859-RP |
| § | |
| Jose Garza, in his Official Capacity as Travis § | |
| County District Attorney, et al § | |
| § | |
| Defendants. § | |

### ORDER GRANTING DEFENDANT BILL D. HICKS' SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Before the Court is Defendant Bill D. Hicks', in his official capacity as Hudspeth County and El Paso County District Attorney, Unopposed Motion for Extension of Time to File a Response to Plaintiffs' Second Amended Complaint. After careful consideration of the Motion and the record, the Court is of the opinion that the Motion has merit and should be GRANTED.

Accordingly, it is ORDERED that Defendant Bill D. Hicks shall file an answer to Plaintiffs' Second Amended Complaint on or before January 11, 2024.

SIGNED this _____ day of _____, 2024

_____
UNITED STATES DISTRICT JUDGE