IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-859-RP |
| SUSAN R. DESKI, et al., | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Partially Unopposed Expedited Motion to Exceed Page Limitations for its Omnibus Reply in Support of their Amended Motion for Certification of a Defendant Class, (Dkt. 316). **IT IS ORDERED** that the Prosecutor Defendants opposed to motion to exceed page limitations shall file a response, *if at all*, on or before 3:00 p.m. Central Time, April 2, 2024.

**SIGNED** on April 1, 2024.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE