# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 23, 2024

Lyle W. Cayce
Clerk

No. 24-50390

---

IN RE ASHLEY MAXWELL; ZACH MAXWELL; MISTIE SHARP; SHANNON D. THOMASON; SADIE WELDON,

*Petitioners.*

---

Petition for a Writ of Mandamus
to the United States District Court
for the Western District of Texas
USDC No. 1:22-CV-859

---

## UNPUBLISHED ORDER

Before JONES, HIGGINSON, and HO, *Circuit Judges.*

PER CURIAM:

IT IS ORDERED that the petition for writ of mandamus is DENIED without prejudice, on the assumption that the district court will address the jurisdictional issues in a timely fashion.



A True Copy
Certified order issued May 23, 2024

*Lyle W. Cayce*

Clerk, U.S. Court of Appeals, Fifth Circuit