IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FUND TEXAS CHOICE, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> JOSÉ GARZA, et al., <br><br> Defendants. | Civil Action <br> No. 1:22-cv-859-RP |

**ADVISORY REGARDING AMICUS BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE ROBERT PITMAN:

This Advisory is filed by *Amici Curiae* the American College of Obstetricians and Gynecologists ("ACOG"), the American Medical Association ("AMA"), the Society for Maternal-Fetal Medicine ("SMFM"), the American Academy of Family Physicians ("AAFP"), the American Academy of Pediatrics ("AAP"), the American College of Nurse-Midwives ("ACNM"), the American Gynecological and Obstetrical Society ("AGOS"), the American Society for Reproductive Medicine ("ASRM"), the North American Society for Pediatric and Adolescent Gynecology ("NASPAG"), the National Association of Nurse Practitioners in Women's Health ("NPWH"), the Society for Academic Specialists in General Obstetrics and Gynecology ("SASGOG"), the Society of Family Planning ("SFP"), the Society of General Internal Medicine ("SGIM"), the Society of Gynecologic Oncology ("SGO"), and the Society of OB/GYN Hospitalists ("SOGH") (together, "*Amici*").

On July 14, 2023, *Amici* filed an amicus brief in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss Plaintiffs' Second Amended Complaint, (Dkt. 185). A copy of the

amicus brief is attached as Exhibit 1 to this Advisory for the Court's convenience. *Amici* respectfully submit that their amicus brief likewise supports granting Plaintiffs' pending motion for summary judgment and the declaratory and injunctive relief requested therein, (Dkt. 209). *Amici* urge the Court to consider their previously-filed amicus brief and grant Plaintiffs' pending motion for summary judgment.

Date: June 12, 2024

Respectfully submitted,

/s/ *Jane Webre*
Jane Webre (TX 21050060)
Lauren Ditty (TX 24116290)
SCOTT DOUGLASS & MCCONNICO LLP
303 Colorado Street, Suite 2400
Austin, TX 78701
Phone: (512) 495-6300
jwebre@scottdoug.com
lditty@scottdoug.com

Kimberly A. Parker*
WILMER CUTLER PICKERING
HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, D.C. 20037
Phone: (202) 663-6000
kimberly.parker@wilmerhale.com

Jocelyn Keider*
WILMER CUTLER PICKERING
HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
jocelyn.keider@wilmerhale.com

Attorneys for *Amici Curiae*

Molly A. Meegan*
Naema Mallick*
AMERICAN COLLEGE OF
OBSTETRICIANS AND GYNECOLOGISTS
409 12th Street SW

Washington, D.C. 20024
Phone: (202) 863-2585
mmeegan@acog.org
nmallick@acog.org

Attorneys only for *Amicus Curiae* the American College of Obstetricians and Gynecologists

*Admitted *Pro Hac Vice*

Washington, D.C. 20024
Phone: (202) 863-2585
mmeegan@acog.org
nmallick@acog.org

Attorneys only for *Amicus Curiae* the American College of Obstetricians and Gynecologists

*Admitted *Pro Hac Vice*

4

CERTIFICATE OF SERVICE

      I certify that on June 12, 2024, I electronically filed the foregoing Advisory, which served all counsel of record.

                                                    /s/ *Jane Webre*
                                                    Jane Webre