IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| FUND TEXAS CHOICE, et al.,<br><br>     Plaintiffs,<br>v.<br><br>JOSÉ GARZA, in his official capacity as District Attorney of Travis County, Texas, et al.,<br><br>     Defendants. | Civil Case No. 1:22-cv-00859-RP |

### PLAINTIFFS' DESIGNATION OF EXPERTS

Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, Buckle Bunnies Fund, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG, ("Plaintiffs") now file and serve their Expert Designations pursuant to Federal Rule of Civil Procedure 26(a)(2).

Plaintiffs may present testimony from the following expert witnesses at trial or other hearings in this matter:

    1.    **Dr. Ghazaleh Moayedi**

Plaintiffs designate Plaintiff Dr. Ghazaleh Moayedi, DO, MPH, FACOG ("Dr. Moayedi") as a non-retained expert pursuant to Rule 26(a)(2)(C). Dr. Moayedi can be reached through counsel for Plaintiffs.

    i.    **The subject matter on which the witness is expected to present evidence.**

Dr. Moayedi will testify on the subjects of providing reproductive healthcare, the procedures and science related to abortion care, the safety and effectiveness of abortion care, the different types

**PLAINTIFFS' DESIGNATION OF EXPERTS - 1**

of abortion care, complications and interventions related to pregnancy and abortion, medical ethics, professional judgment in the practice of medicine, and the demographic makeup of the populations she serves as a physician providing abortion care.

### ii. A summary of the facts and opinions to which the witness is expected to testify.

Dr. Moayedi will testify as to the mechanics and science related to pregnancy and abortion care, including complications that may arise and interventions that may be necessary. Dr. Moayedi will also testify, based on her years of experience as a healthcare provider, about the process of terminating a pregnancy and the drugs used in medication abortions. Dr. Moayedi will testify that, in her opinion, the laws that prohibit abortion in Texas also impose on physicians a severe ethical burden, by potentially threatening criminal liability for following the professional medical standard of care. In support of her opinions, Dr. Moayedi will rely on her knowledge from her many years of experience providing legal abortion care.

### 2. Elizabeth G. Myers

Plaintiffs designate their counsel Elizabeth G. Myers as a non-retained expert pursuant to Rule 26(a)(2)(C). Ms. Myers' business address is given in the signature block below.

### i. The subject matter on which the witness is expected to present evidence.

Ms. Myers will testify as to the reasonable and necessary attorney fees incurred in the prosecution of this matter in connection with Plaintiffs' claim for attorneys' fees.

### ii. A summary of the facts and opinions to which the witness is expected to testify.

The case is ongoing, so Ms. Myers cannot presently state what her final opinions regarding a reasonable and necessary fee award will be, but she will testify that the fees incurred and ultimately requested by Plaintiffs are reasonable and necessary under the circumstances given the relevant state and federal professional disciplinary rules, the geographical location of the case, the prevailing fees

in similar cases of similar complexity, the hourly fees ordinarily charged for attorneys with experience comparable to those employed in this case, the time and labor required, the novelty and difficulty of questions involved, the amount involved and the results obtained, the relationship with the client, and other relevant factors including her personal knowledge as counsel in this matter. In coming to her opinion, Ms. Myers will review the relevant attorneys' fees records.

Dated: July 15, 2024

Respectfully submitted,

By: */s/ Jennifer R. Ecklund*
Jennifer R. Ecklund
Texas Bar No. 24045626
jecklund@thompsoncoburn.com

Elizabeth G. Myers
Texas Bar No. 24047767
emyers@thompsoncoburn.com

Nicole L. Williams
Texas Bar No. 24041784
nwilliams@thompsoncoburn.com

John P. Atkins
Texas Bar No. 24097326
jatkins@thompsoncoburn.com

Allyn Jaqua Lowell
Texas Bar No. 24064143
alowell@thompsoncoburn.com

**THOMPSON COBURN LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Telephone: 972/629-7100
Facsimile: 972/629-7171

Alexandra Wilson Albright
Texas Bar No. 21723500
aalbright@adjtlaw.com

Marcy Hogan Greer
Texas Bar No. 08417560
mgreer@adjtlaw.com

100 Congress Ave., Suite 1450
Austin, TX 78701-2709
Telephone: 512/482-9300
Facsimile: 512/482-9303

Kevin Dubose
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

Kirsten M. Castañeda
Texas Bar No. 00792401
kcastaneda@adjtlaw.com
8144 Walnut Hill Lane, Suite 1000
Dallas, TX 75231-4388
Telephone: 214/369-2358
Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

**ATTORNEYS FOR PLAINTIFFS**

- 5 -

## CERTIFICATE OF SERVICE

      I hereby certify that on July 15, 2024, I caused the foregoing to be served electronically on all parties by operation of the Court's CM/ECF system.

/s/ *Elizabeth G. Myers*  
Elizabeth G. Myers
