# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| **FUND TEXAS CHOICE, et al.,** *Plaintiffs* | § § § § § § § | |
| v. | | **Case No. 1:22-CV-859-RP** |
| **SUSAN R. DESKI, et al.,** *Defendants* | | |

## ORDER

Now before the Court is Defendant Jacob Putman's Opposed Motion to Compel, filed September 6, 2024 (Dkt. 449). By Text Order entered September 10, 2024, the District Court referred the Motion to this Magistrate Judge for disposition, pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS ORDERED** that the Court will hold a hearing on Defendant Putman's Motion (Dkt. 449) in Courtroom 6 on the Sixth Floor of the United States Courthouse, 501 West Fifth Street, Austin, Texas, on **Thursday, October 3, 2024 at 2 p.m.**

**SIGNED** on September 18, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1