# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| Fund Texas Choice, et al | § |
| | § CIVIL NO: |
| vs. | § AU:22-CV-00859-RP |
| | § |
| Susan R. Deski, et al | § |

## ORDER RESETTING BENCH TRIAL

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **BENCH TRIAL** in Courtroom 4, on the Fifth Floor, United States Courthouse, 501 West Fifth Street, Austin, TX, on **Monday, June 23, 2025 at 09:00 AM**.

IT IS SO ORDERED this 6th day of February, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE