IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **FUND TEXAS CHOICE, et al.,**<br><br>       **Plaintiffs,**<br>v.<br><br>**JOSÉ GARZA, in his official capacity as District Attorney of Travis County, Texas, et al.,**<br><br>       **Defendants.** | **Civil Case No. 1:22-cv-859-RP** |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), Plaintiffs Fund Texas Choice, The North Texas Equal Access Fund, The Lilith Fund for Reproductive Equity, Frontera Fund, The Afiya Center, West Fund, Jane's Due Process, Clinic Access Support Network, Buckle Bunnies Fund, and Dr. Ghazaleh Moayedi, DO, MPH, FACOG ("Plaintiffs") hereby voluntarily dismiss their individual claims in the above captioned action against Defendant Ori White without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant White of either an answer or a motion for summary judgment. *Welsh v. Correct Care, L.L.C.*, 915 F.3d 341, 343 (5th Cir.2019) ("A plaintiff may unilaterally dismiss his action without prejudice by filing a 'notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.'" Fed.R.Civ. P. 41(a)(1)(A)(i)).

Dated: June 6, 2025                    Respectfully submitted,

By: */s/ Elizabeth G. Myers*
    Jennifer R. Ecklund
    Texas Bar No. 24045626
    jecklund@thompsoncoburn.com

    Elizabeth G. Myers
    Texas Bar No. 24047767
    emyers@thompsoncoburn.com

    Nicole L. Williams
    Texas Bar No. 24041784
    nwilliams@thompsoncoburn.com

    John Atkins
    Texas Bar No. 24097326
    jatkins@thompsoncoburn.com

    Allyn Jaqua Lowell
    Texas Bar No. 24064143
    alowell@thompsoncoburn.com

    **THOMPSON COBURN LLP**
    2100 Ross Avenue, Suite 3200
    Dallas, Texas 75201
    Telephone: 972/629-7100
    Facsimile: 972/629-7171


    Alexandra Wilson Albright
    Texas Bar No. 21723500
    aalbright@adjtlaw.com

    Marcy Hogan Greer
    Texas Bar No. 08417560
    mgreer@adjtlaw.com

    515 Congress Ave., Suite 2350
    Austin, TX 78701-3562
    Telephone: 512/482-9300
    Facsimile: 512/482-9303

    Kevin Dubose
    Texas Bar No. 06150500
    kdubose@adjtlaw.com

- 2 -

        1844 Harvard Street
        Houston, TX 77008
        Telephone: 713/523-2358
        Facsimile: 713/522-4553

        Kirsten M. Castañeda
        Texas Bar No. 00792401
        kcastaneda@adjtlaw.com
        8144 Walnut Hill Lane, Suite 1000
        Dallas, TX 75231-4388
        Telephone: 214/369-2358
        Facsimile: 214/369-2359

        **ALEXANDER DUBOSE &**
        **JEFFERSON, LLP**

        **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

    I hereby certify that on June 6, 2025, a copy of the foregoing was filed electronically with the Clerk of Court, and served on all counsel, using the CM/ECF system.

        */s/ Allyn Jaqua Lowell*
        Allyn Jaqua Lowell