IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| FUND TEXAS CHOICE, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:22-CV-859-RP |
| SUSAN R. DESKI, et al., | § § § | |
| Defendants. | § | |

# FINAL JUDGMENT

On May 23, 2025, the Court entered an order granting Defendants' motions for summary judgment and dismissing Plaintiffs' claims. As nothing remains to resolve, the Court renders Final Judgment pursuant to Federal Rule of Civil Procedure 58.

**IT IS ORDERED** that the case is **CLOSED**.

**SIGNED** on June 11, 2025.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE