# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **FUND TEXAS CHOICE, et al.,** § | |
| § | |
| Plaintiffs, § | |
| v. § | Civil Case No. 1:22-cv-859-RP |
| § | |
| **JOSÉ GARZA, in his official capacity as** § | |
| **District Attorney of Travis County, Texas,** § | |
| **et al.,** § | |
| § | |
| Defendants. § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs Fund Texas Choice, Lilith Fund, Frontera Fund, Texas Equal Access Fund, Clinic Access Support Network, Buckle Bunnies, Jane's Due Process, and Dr. Ghazaleh Moayedi ("Plaintiff-Appellants") appeal to the United States Court of Appeals for the Fifth Circuit from the final judgment entered in this action on the 11th day of June, 2025 [ECF 499], and all prior decisions leading up to the final judgment, including, but not limited to, orders entered on May 23, 2025 [ECF 496].

Dated: July 10, 2025

Respectfully submitted,

By: */s/ Elizabeth G. Myers*
Jennifer R. Ecklund
Texas Bar No. 24045626
jecklund@thompsoncoburn.com

Elizabeth G. Myers
Texas Bar No. 24047767
emyers@thompsoncoburn.com

Nicole L. Williams
Texas Bar No. 24041784
nwilliams@thompsoncoburn.com

John Atkins
Texas Bar No. 24097326
jatkins@thompsoncoburn.com

Allyn Jaqua Lowell
Texas Bar No. 24064143
alowell@thompsoncoburn.com

**THOMPSON COBURN LLP**
2100 Ross Avenue, Suite 3200
Dallas, Texas 75201
Telephone: 972/629-7100
Facsimile: 972/629-7171

Alexandra Wilson Albright
Texas Bar No. 21723500
aalbright@adjtlaw.com

Marcy Hogan Greer
Texas Bar No. 08417560
mgreer@adjtlaw.com

515 Congress Ave., Suite 2350
Austin, TX 78701-3562
Telephone: 512/482-9300
Facsimile: 512/482-9303

Kevin Dubose
Texas Bar No. 06150500
kdubose@adjtlaw.com
1844 Harvard Street
Houston, TX 77008
Telephone: 713/523-2358
Facsimile: 713/522-4553

Kirsten M. Castañeda
Texas Bar No. 00792401
kcastaneda@adjtlaw.com
8144 Walnut Hill Lane, Suite 1000
Dallas, TX 75231-4388
Telephone: 214/369-2358
Facsimile: 214/369-2359

**ALEXANDER DUBOSE & JEFFERSON, LLP**

**ATTORNEYS FOR PLAINTIFFS**

- 3 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 10, 2025, a copy of the foregoing was filed electronically with the Clerk of Court, and served on all counsel of record, using the CM/ECF system.

                                            */s/ Allyn Jaqua Lowell*
                                            Allyn Jaqua Lowell